FILED
2017 Mar-28 PM 12:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

DOCUMENT 2
Case 2:17-cv-00471-AKK   Document 1-1   Filed 03/27/17   Page 2 of 6

ELECTRONICALLY FILED
9/13/2016 11:49 AM
01-CV-2016-903348.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

| | | |
|---|---|---|
| **MAGDELENA LORENZO, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CV- |
| | ) | |
| **SENECA INSURANCE CO, INC..,** a corporation; **BG & C, L.L.C.,** a domestic limited liability company d/b/a **AQUA NIGHTCLUB, et al.,** Fictitious Defendants A through Z being those entities, corporations, limited liability companies, insurers, insurance companies, individuals, persons, or other legal entity responsible for the facts, allegations that arise from the complaint or that provide insurance coverage for BG & C, or for BC& G for the facts and allegations of the complaint whose names are unknown at this time, but will be added by amendment when ascertained, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | | |

### COMPLAINT FOR DECLARATORY JUDGMENT

**COMES NOW** the Plaintiffs, by and through her attorneys, and for his Complaint for Declaratory Judgment further state as follows:

### PARTIES, JURISDICTION, & VENUE

1. Plaintiff, Magdalena Lorenzo ("Lorenzo") is over the age of nineteen (19) and

is a resident of the Jefferson County, Alabama.

2. Defendant Seneca Insurance Co., Inc. ("Seneca"), is a foreign corporation, incorporated under the laws of the State of New York and licensed to do business, and doing business in, the State of Alabama, including Jefferson County.

3. Defendant BG & C, LLC d/b/a Aqua Nightclub ("BG & C" or "Aqua") is a domestic limited liability company with a principal address in Birmingham, Alabama. BG & C has a member that is an Alabama resident.

4. Fictitious Defendants A through Z being those entities, corporations, individuals, persons, or other legal entity responsible for the facts, allegations, actions, royalties, payments, or other liability and/or otherwise responsible for the legal actions whose names are unknown at this time, but will be added by amendment when ascertained.

5. This Court has jurisdiction over this matter because it has jurisdiction over the subject matter and has personal jurisdiction over each Defendant.

6. Venue is proper in this judicial district because the Defendants all do business in this judicial district, at least one has its principal place of business in this judicial district, and a majority of the acts and events giving rise to the claims occurred in this judicial district.

## FACTS

7. Plaintiffs adopt and incorporate by reference all preceding paragraphs as if fully

set forth herein.

8. At all times relevant to this action, BG & C was insured by Seneca through a Commercial General Liability Coverage policy.

9. Plaintiff filed suit against Aqua, among others, to obtain a judgment for various separate and distinct acts that combined and concurred to injure the Plaintiff and Plaintiff's decedent. (Complaint, Exhibit "A"). The Plaintiffs adopt the factual allegations contained in the Complaint as if fully set forth herein.

10. Both the Plaintiff and BG & C have provided notice of the claim to Seneca.

11. To date, Seneca has not responded to the claim or other communications.

12. The claim is due and owing to the Plaintiffs.

## COUNT ONE
## (DECLARATORY JUDGMENT)

13. Plaintiffs adopt and incorporate by reference all preceding paragraphs as if fully set forth herein.

14. This action is brought pursuant to Alabama Code § 6-6-220, et seq., (The Declaratory Judgment Act) to declare the rights and legal obligations of the parties arising out of the Complaint filed on or about September 8, 2014.

15. At all times material hereto, Seneca has been engaged in writing policies of insurance, and has, at all times material hereto, been duly licensed by the State of Alabama to issue such contracts of insurance. Seneca issued to BG & C, a commercial general liability policy of insurance, such policy being Policy No.

BAK-1007422 to BG & C d/b/a/ Aqua.

16. The policy of insurance provides coverage for general liability.

17. On or about September 8, 2014, the Plaintiff filed a Complaint in the Circuit Court of Jefferson County, Alabama, against the Defendant BG & C wherein she claimed damages resulting from dram shop and negligence and/or wantonness, among others.

18. That claim is currently pending in the Circuit Court of Jefferson County, Alabama CV 14-903769-CCS before Honorable Carol C. Smitherman.

19. Defendant Seneca has refused to acknowledge the claim by the Plaintiffs and notice provided by the Plaintiffs and Defendant BG & C.

20. Seneca is obligated, as per the police (and applicable law), to respond to the claim and provide coverage.

21. As a result of the lawsuit filed by Plaintiff, Defendant Seneca became ostensibly obligated to provide coverage to Defendant BG & C for any liability which it could to have to the Plaintiff.

**WHEREFORE, PREMISES CONSIDERED,** the Plaintiffs, by and through the undersigned counsel, respectfully requests this Honorable Court to enter an Order of Declaratory Judgment against Defendant Seneca and establish that coverage exists for the claims asserted by the Plaintiffs against the Defendant BG & C. and to further Order that payment of the proceeds of a judgment, if any, and costs

herein shall be made to the Plaintiffs and that court costs be taxed to Defendant Seneca.

**DATED: September 9, 2016**

Respectfully submitted,

| | |
|---|---|
| */s/ Jason L. Yearout* | */s/ Freddy Rubio* |
| Jason L. Yearout, (YEA011) | Sigfredo Freddy Rubio (RUB005) |
| Attorney for Plaintiffs | Attorney for Plaintiffs |
| **YEAROUT & TRAYLOR, P.C.** | **RUBIO LAW FIRM** |
| 3300 Cahaba Road, Suite 300 | 438 Carr Avenue, Suite 1 |
| Birmingham, AL 35223 | Birmingham, AL 35209 |
| t. 205.414.8160 | t. 205.443.7858 |
| f. 205.414.8199 | e. frubio@rubiofirm.com |
| e. jyearout@yearout.net | |
| www.yearout.net | |

*/s/ Leslie A. Wright*
Leslie A. Wright (WRI063)
Attorney for Plaintiffs
**RUBIO LAW FIRM**
438 Carr Avenue, Suite 1
Birmingham, AL 35209
t. 205.443.7858
e. lwright@rubiofirm.com

## SERVE THE FOLLOWING BY U.S. CERTIFIED MAIL:

| | |
|---|---|
| **Seneca Insurance Co., Inc.** | **BG & C, LLC d/b/a/ Aqua Nightclub** |
| c/o William Mark Landers (Registered Agent) | c/o Benjan "BG" IRADJI (Registered Agent) |
| 10 Inverness Center Parkway, Suite 400 | 2824 5th Avenue South |
| Birmingham, AL 35242 | Birmingham, AL 35233 |

5