# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MAGDELENA LORENZO,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action Number |
| ) | 2:17-cv-00471-AKK |
| **SENECA INSURANCE CO.,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

In light of the mediator's report, doc. 2, representing that the parties have resolved this case and intend to file a joint stipulation of dismissal, it is **ORDERED** that this case be and hereby is **DISMISSED WITHOUT PREJUDICE**.

It is further **ORDERED** that the parties shall submit a formal stipulation of dismissal to the court by **May 10, 2017**, through which time the court shall retain jurisdiction over the parties. Otherwise, after that date, this action will be deemed dismissed with prejudice.

**DONE** the 12th day of April, 2017.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE